UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE SPRINGFIELD XD .40 CALIBER HANDGUN SN: XD469962; AND OTHER ITEMS,<br><br>Defendant. | Case No. 18-cv-05029-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE**<br><br>Re: ECF No. 1 |

This is a judicial forfeiture action requesting a judgment of forfeiture of "One (1) Springfield XD .40 Caliber Handgun bearing serial number XD469962; One (1) .40 Caliber Magazine; Eight (8) Rounds of .40 Caliber Ammunition; and One .40 Caliber Extended Magazine" seized from Oscar Rene Noguera Baeza on February 15, 2018 in Concord, California. ECF No. 1 at 2.

On September 4, 2018, the Court issued an order relating this case to the underlying criminal matter, *United States of America v. Baeza*, Case No. 18-cr-00354-JST. ECF No. 8. Mr. Baeza has entered a guilty plea, ECF No. 35, and been sentenced, ECF No. 41. On March 8, 2019, the Court issued an order of forfeiture in the criminal case as to the same property that is the defendant in this judicial forfeiture action. ECF No. 42.

Because the Defendant Property has already been forfeited to the Government, it appears that this action is now moot. Therefore, the Court now issues an ORDER TO SHOW CAUSE why the Government's claims should not be dismissed with prejudice.

/ / /

/ / /

/ / /

The Government shall file a written response to this order no later than March 27, 2019. If the Government fails to file a response by this date, the complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 14, 2019



JON S. TIGAR
United States District Judge